*E-FILED *

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte         **REPORTER:** Lee-Anne Shortridge

**DATE:** September 10, 2007          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00752-RMW

**TITLE:** UNITED STATES OF AMERICA     -v- ALEJANDRO HORTA-GUZMAN
          APPEARANCES:                              (N/A)

**PLTF:** AUSA: J. Schenk            **DEFT:** L. Vinnard

**COURT ACTION: STATUS HEARING**

**Hearing Held. Defendant was not present for hearing. Marshals failed to transport the defendant. The defense advised the Court that they need additional time to investigate the case. The Court continued this matter to 10/15/07 @ 9:00 am for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 10/15/07. Government to prepare exclusion order.**

                                        /s/ Jackie Garcia
                                          JACKIE GARCIA
                                        **Courtroom Deputy**