SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY B. SCHENK (CASBN 234355)
Assistant United States Attorney

150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-2695
Facsimile:  (408) 535-5066
Email: jeffrey.b.schenk@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

*E-FILED - 10/11/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   CR 07-00562-RMW |
| Plaintiff, | STIPULATION AND [] ORDER EXCLUDING TIME FROM SEPTEMBER 10, 2007 TO OCTOBER 15, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| ALEJANDRO HORTA-GUZMAN, | |
| Defendant. | |

On September 10, 2007 the parties appeared for a hearing before this Court.  At that hearing, the government and defense requested an exclusion of time under the Speedy Trial Act based upon the defense counsel's need to investigate, review discovery materials submitted by the government and the need to jointly negotiate a resolution in this matter.  At that time, the Court set the matter for a hearing on October 15, 2007.

The parties stipulate that the time between September 10, 2007 and October 15, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree

1

1   that the ends of justice served by granting the requested continuance outweigh the best interest of

2   the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18

3   U.S.C. §3161(h)(8)(A).

4

5   DATED: September 10, 2007              SCOTT N. SCHOOLS
                                          United States Attorney
6

7                                         ____/s/_____
                                          JEFFREY B. SCHENK
8                                         Assistant United States Attorney

9

10                                        ____/s/_____
                                          LARA VINNARD
11                                        Attorney for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between September 10, 2007 and October 15, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED:  10/11/07

_____

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE