SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

  150 Almaden Blvd., Suite 900
  San Jose, California 95113
  Telephone:  (408) 535-5056
  FAX: (408) 535-5066
  Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00562 RMW |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| ALEJANDRO HORTA-GUZMAN, ) | |
|     Defendant. ) | SAN JOSE VENUE |

    On October 15, 2007, the undersigned parties appeared before the Court for an initial appearance. Assistant Federal Public Defender Lara Vinnard informed the Court that she was conducting an investigation into the defendant's criminal history and was in the process of requesting additional discovery from the government. The parties then requested a status hearing on November 19, 2007, and requested an exclusion of time under the Speedy Trial Act from October 15, 2007 to November 19, 2007 in order for AFPD Vinnard to complete her investigation and for the government to provide discovery. The defendant, through AFPD Vinnard, agreed to the exclusion. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

STIPULATION AND [PROPOSED] ORDER
No. 07-00562 RMW         1

| | | |
|---|---|---|
| 1 | SO STIPULATED: | SCOTT N. SCHOOLS |
| 2 | | United States Attorney |

DATED: 10/15/07                                    _____/s/_____
                                                                    SUSAN KNIGHT
                                                                    Assistant United States Attorney


DATED: 10/15/07                                    _____/s/_____
                                                                    LARA S. VINNARD
                                                                    Assistant Federal Public Defender


Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from October 15, 2007 to November 19, 2007. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.


DATED:_____                        _____
                                                                    RONALD M. WHYTE
                                                                    United States District Judge