***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte     **REPORTER:** Lee-Anne Shortridge

**DATE:** October 15, 2007     **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00562-RMW

**TITLE:** UNITED STATES OF AMERICA     -v- ALEJANDRO HORTA-GUZMAN
       APPEARANCES:                                        (P)  (C)

**PLTF:** AUSA: S. Knight     **DEFT:** L. Vinnard
                **INTERPRETER:**                L. Acre

**COURT ACTION: STATUS HEARING**

**Hearing Held. Defense counsel advised the Court that they are waiting the defendant's case file and defendant to request discovery from the government. The Court continued this matter to 11/19/07 @ 9:00 am for a Status Hearing. The Court excluded time based effective preparation. Time is excluded to 11/19/07. Government to prepare exclusion order.**

                                                 */s/ Jackie Garcia*
                                                   JACKIE GARCIA
                                                   **Courtroom Deputy**