SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY B. SCHENK (CASBN 234355)
Assistant United States Attorney

  150 Almaden Boulevard
  San Jose, California 95113
  Telephone: (408) 535-2695
  Facsimile:  (408) 535-5066
  Email: jeffrey.b.schenk@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 07-00562-RMW |
| )<br>Plaintiff, )<br>) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM NOVEMBER 19, 2007 TO DECEMBER 17, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. ) | |
| )<br>ALEJANDRO HORTA-GUZMAN, ) | |
| )<br>Defendant. )<br>_____ ) | |

On November 19, 2007 the parties appeared for a hearing before this Court. At that hearing, the government and defense requested an exclusion of time under the Speedy Trial Act based upon the defense counsel's need to effectively prepare by reviewing discovery materials submitted by the government and the need to jointly negotiate a resolution in this matter. At that time, the Court set the matter for a hearing on December 17, 2007.

The parties stipulate that the time between November 19, 2007 and December 17, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree

1

1 that the ends of justice served by granting the requested continuance outweigh the best interest of
2 the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18
3 U.S.C. §3161(h)(8)(A).

5 DATED: November 19, 2007               SCOTT N. SCHOOLS
                                         United States Attorney

7                                        ___/s/_____
                                         JEFFREY B. SCHENK
8                                        Assistant United States Attorney


10                                       ___/s/_____
                                         LARA VINNARD
11                                       Attorney for Defendant

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between November 19, 2007 and December 17, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED: _____

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE