***E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte        **REPORTER:** Lee-Anne Shortridge

**DATE:** November 19, 2007        **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00562-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- ALEJANDRO HORTA-GUZMAN
        APPEARANCES:                                              (P) (C)

**PLTF:** AUSA: J. Fazioli        **DEFT:** L. Vinnard

**COURT ACTION: STATUS HEARING**

**Hearing Held. Defense needs time to review discovery and investigate the case. The Court continued this matter to 12/17/07 @ 9:00 am for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 12/17/07. Government to prepare exclusion order.**

                                    */s/ Jackie Garcia*
                                       **JACKIE GARCIA**
                                    **Courtroom Deputy**