***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte   **REPORTER:** Lee-Anne Shortridge

**DATE:** December 17, 2007   **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00562-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- ALEJANDRO HORTA-GUZMAN
     **APPEARANCES:**                  (P)(C)

**PLTF:** AUSA: J. Schenk   **DEFT:** L. Vinnard

**COURT ACTION: STATUS HEARING**

**Hearing Held. The parties need additional time to investigate the case. The Court continued this matter to January 14, 2008 @ 9:00 am for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 1/14/08. Government to prepare exclusion order.**

       */s/ Jackie Garcia*
          **JACKIE GARCIA**
       **Courtroom Deputy**