SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY B. SCHENK (CASBN 234355)
Assistant United States Attorney

  150 Almaden Boulevard
  San Jose, California 95113
  Telephone: (408) 535-2695
  Facsimile:  (408) 535-5066
  Email: jeffrey.b.schenk@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.    CR 07-70562-RMW |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM DECEMBER 17, 2007 TO JANUARY 14, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. ) | |
| ALEJANDRO HORTA-GUZMAN, ) | |
|     Defendant. ) | |

On December 17, 2007 the parties appeared for a hearing before this Court. At that hearing, the government and defense requested an exclusion of time under the Speedy Trial Act based upon the defense counsel's need to effectively prepare by reviewing discovery materials submitted by the government and the need to jointly negotiate a resolution in this matter. At that time, the Court set the matter for a hearing on January 14, 2008.

The parties stipulate that the time between December 17, 2007 and January 14, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree

1

1 that the ends of justice served by granting the requested continuance outweigh the best interest of
2 the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18
3 U.S.C. §3161(h)(8)(A).
4
5 DATED: December 17, 2007          SCOTT N. SCHOOLS
                                    United States Attorney
6
7                                   ___/s/_____
                                    JEFFREY B. SCHENK
8                                   Assistant United States Attorney
9
10                                  ___/s/_____
                                    LARA VINNARD
11                                  Attorney for Defendant

1  **ORDER**

2       Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY
3  ORDERS that the time between December 17, 2007 and January 14, 2008 is excluded under the
4  Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested
5  continuance would unreasonably deny defense counsel reasonable time necessary for effective
6  preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that
7  the ends of justice served by granting the requested continuance outweigh the best interest of the
8  public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The
9  court therefore concludes that this exclusion of time should be made under 18 U.S.C.
10 §3161(h)(8)(A).

11
12 IT IS SO ORDERED.
13 DATED: _____
     RONALD M. WHYTE
14      UNITED STATES DISTRICT JUDGE

15
16
17
18
19
20
21
22
23
24
25
26
27
28