**\*E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte     **REPORTER:** Lee-Anne Shortridge

**DATE:** January 14, 2008     **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00562-RMW

**TITLE:** UNITED STATES OF AMERICA  -v- ALEJANDRO HORTA-GUZMAN
  **APPEARANCES:**   (P)  (C)

**PLTF:** AUSA: J. Schenk     **DEFT:** L. Vinnard
     **INTERPRETER:**       L. Acre

**COURT ACTION:** STATUS HEARING

Hearing Held. The government has extended a proposed plea agreement to the defense. The defense has reviewed the plea agreement, defendant raised avenue issue. Defense counsel needs time to investigate this issue. The Court continued this matter to 2/11/08 @ 9:00 am for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 2/11/08. Government to prepare exclusion order.

             /s/ Jackie Garcia
               **JACKIE GARCIA**
             **Courtroom Deputy**