JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY B. SCHENK (CASBN 234355)
Assistant United States Attorney

150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-2695
Facsimile:  (408) 535-5066
Email: jeffrey.b.schenk@usdoj.gov

Attorneys for the United States of America

*E-FILED - 2/6/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 07-00562-RMW |
| Plaintiff, ) | STIPULATION AND [] |
| ) | ORDER EXCLUDING TIME FROM |
| v. ) | JANUARY 14, 2008 TO FEBRUARY 11, |
| ) | 2008 FROM THE SPEEDY TRIAL ACT |
| ALEJANDRO HORTA-GUZMAN, ) | CALCULATION (18 U.S.C. § |
| ) | 3161(h)(8)(A)) |
| Defendant. ) | |
| ) | |

On January 14, 2008, the parties appeared for a hearing before this Court. At that hearing, the government and defense requested an exclusion of time under the Speedy Trial Act based upon the defense counsel's need to effectively prepare by reviewing discovery materials submitted by the government and the need to jointly negotiate a resolution in this matter. At that time, the Court set the matter for a hearing on February 11, 2008.

The parties stipulate that the time between January 14, 2008 and February 11, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree

1  that the ends of justice served by granting the requested continuance outweigh the best interest of
2  the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18
3  U.S.C. §3161(h)(8)(A).
4
5  DATED: January 14, 2008				SCOTT N. SCHOOLS
						United States Attorney
6
7						___/s/_____
						JEFFREY B. SCHENK
8						Assistant United States Attorney
9
10						___/s/_____
						LARA VINNARD
11						Attorney for Defendant
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
|1| **ORDER** |
|2| Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY |
|3| ORDERS that the time between January 14, 2008 and February 11, 2008 is excluded under the |
|4| Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested |
|5| continuance would unreasonably deny defense counsel reasonable time necessary for effective |
|6| preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that |
|7| the ends of justice served by granting the requested continuance outweigh the best interest of the |
|8| public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The |
|9| court therefore concludes that this exclusion of time should be made under 18 U.S.C. |
|10| §3161(h)(8)(A). |

IT IS SO ORDERED.

DATED: 2/6/08

_Ronald M. Whyte_
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE