1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant HORTA-GUZMAN

6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                       SAN JOSE DIVISION

10 UNITED STATES OF AMERICA,       )   No. CR 07-00562 RMW(PVT)
                                   )
11              Plaintiff,          )   **STIPULATION TO CONTINUE**
                                   )   **HEARING AND EXCLUDE TIME;**
12 v.                              )   **[PROPOSED] ORDER**
                                   )
13 ALEJANDRO HORTA-GUZMAN,         )
                                   )
14              Defendant.          )
   _____ )
15

16      Defendant and the government, through their respective counsel, hereby stipulate that,

17 subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

18 Monday, February 11, 2008, should be continued to Monday, February 25, 2008, at 9:00 a.m.

19 The continuance is being requested because defense counsel requires time to subpoena records

20 from a jail facility which may be relevant to a defense motion.

21      The parties further agree that time should be excluded under the Speedy Trial Act from

22 Monday, February 11, 2008, to Monday, February 25, 2008, because defense counsel requires

23 additional time for investigation and preparation and the ends of justice outweigh the defendant's

24 and the public's need for a speedy trial.

25

26

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 07-00562 RMW                         1

1  Dated: 2/08/08                    _____/s/_____
                                      LARA S. VINNARD
2                                     Assistant Federal Public Defender

3  Dated: 2/08/08                    _____/s/_____
                                      JEFF SCHENK
4                                     Assistant United States Attorney

## ORDER

The parties have jointly requested a continuance of the hearing set for Monday, February 11, 2008, because defense counsel requires additional time to subpoena records which may be relevant to a defense motion.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Monday, February 11, 2008, be continued to Monday, February 25, 2008, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from February 11, 2008 to February 25, 2008, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:                                _____
                                      RONALD M. WHYTE
                                      United States District Judge