BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant HORTA-GUZMAN

*E-FILED - 2/12/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALEJANDRO HORTA-GUZMAN,<br>Defendant. | No. CR 07-00562 RMW(PVT)<br>**STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [] ORDER** |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, February 11, 2008, should be continued to Monday, February 25, 2008, at 9:00 a.m. The continuance is being requested because defense counsel requires time to subpoena records from a jail facility which may be relevant to a defense motion.

The parties further agree that time should be excluded under the Speedy Trial Act from Monday, February 11, 2008, to Monday, February 25, 2008, because defense counsel requires additional time for investigation and preparation and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated: 2/08/08

_______/s/________________
LARA S. VINNARD
Assistant Federal Public Defender

Dated: 2/08/08

_______/s/________________
JEFF SCHENK
Assistant United States Attorney

**ORDER**

The parties have jointly requested a continuance of the hearing set for Monday, February 11, 2008, because defense counsel requires additional time to subpoena records which may be relevant to a defense motion.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Monday, February 11, 2008, be continued to Monday, February 25, 2008, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from February 11, 2008 to February 25, 2008, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: 2/12/08

Ronald M. Whyte
RONALD M. WHYTE
United States District Judge