***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte        **REPORTER:** Lee-Anne Shortridge

**DATE:** February 25, 2008        **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00562-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- ALEJANDRO HORTA-GUZMAN
        APPEARANCES:                                (P) (C)

**PLTF:** AUSA: J. Schenk        **DEFT:** L. Vinnard

**COURT ACTION: STATUS HEARING**

**Hearing Held. The defense advised the Court that they are investigating a possible venue issue, and the parties are working out a disposition. The Court continued this matter to April 7, 2008 @ 9:00 am for a Status Hearing.**

          /s/ Jackie Garcia
            **JACKIE GARCIA**
          **Courtroom Deputy**