***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte            **REPORTER:** Lee-Anne Shortridge

**DATE:** April 7, 2008              **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00562-RMW

**TITLE:** UNITED STATES OF AMERICA   -v-  ALEJANDRO HORTA-GUZMAN
     **APPEARANCES:**                          (P) (C)

**PLTF:** AUSA: J. Schenk            **DEFT:** L. Vinnard

**COURT ACTION: STATUS HEARING**

**Hearing Held. The parties have reach a disposition. The Court continued this matter to put the agreement in writing. The Court continued this matter to 4/28/08 @ 9:00 AM for Disposition.**

                    */s/ Jackie Garcia*
                     **JACKIE GARCIA**
                     **Courtroom Deputy**