***E-FILED *__

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte   **REPORTER:** Lee-Anne Shortridge

**DATE:** April 28, 2008   **TIME:** 9:00 am

**CRIMINAL NOS.:** CR-07-00562-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- ALEJANDRO HORTA-GUZMAN
   **APPEARANCES:**   (P) (C)

**PLTF:** AUSA: J. Schenk   **DEFT:** L. Vinnard

**COURT ACTION: DISPOSITION/SENTENCING**

**Hearing Held. The defendant plead guilty to Count 1 of the Indictment. A Plea Agreement was executed in open court. SENTENCING: Defendant waived preparation of a PSR. The Court sentenced the defendant to the custody of the B.O.P. for a period of 10 months. Upon release from custody, the defendant shall be placed on supervised release for a period of 3 years. The defendant is ordered to pay a special assessment in the amount of $100, which shall be due immediately. The Court did not impose a fine. See Judgment for specifics.**

   */s/ Jackie Garcia*
      **JACKIE GARCIA**
   **Courtroom Deputy**